

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00003-CV

Mariela S. **BATTROS**,
Appellant

v.

**ELAN GARDENS APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV09220
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:  Lori Massey Brissette, Justice
          Adrian A. Spears II, Justice
          H. Todd McCray, Justice

Delivered and Filed: April 2, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant Mariela S. Battros appeals a final judgment in the county court signed November 15, 2024. Appellant's brief was originally due March 3, 2025, but neither the brief nor a motion for extension of time was filed. On March 7, 2025, we ordered appellant to file, on or before March 17, 2025, appellant's brief and a written response reasonably explaining her failure to timely file the brief. We admonished appellant that if she failed to file the brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3 (court may dismiss appeal for want of prosecution or because

appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

Accordingly, this appeal is dismissed.

PER CURIAM